PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LATASHA F. FRU, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-01014 LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's I-130, Petition for Alien Relative, that she filed on behalf of her spouse, and accompanying Form I-485, Application for Adjustment of Status. On April 4, 2025, the Court granted the parties' request to stay proceedings until June 9, 2025, to allow time for the agency to interview and adjudicate Plaintiff's Form I-485 application. *See* Dkt. 11. United States Citizenship and Immigration Services ("USCIS") conducted Plaintiff's interview on April 4, 2025. Following the interview, USCIS issued a Notice of Intent to Deny ("NOID") on the Form I-130 petition and Plaintiff's response is due on June 10, 2025. Once USCIS receives Plaintiff's response to the NOID, the agency will work diligently towards completing adjudication of Plaintiff's applications, absent unforeseen or exceptional circumstances that would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 24, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 15, 2025

Respectfully submitted,[1]

PATRICK D. ROBBINS
Acting United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 15, 2025

 /s/ Christina Sullivan Castro
CHRISTINA SULLIVAN CASTRO
Attorneys for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  This case is stayed until July 24, 2025.

Date: May 15, 2025

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.